No. 79–1557. MASSACHUSETTS *v.* HURLEY. Sup. Jud. Ct. Mass. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Cuyler* v. *Sullivan,* 446 U. S. 335 (1980).

No. 79–1602. MISSOURI *v.* MORGAN. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Whalen* v. *United States,* 445 U. S. 684 (1980).

No. 79–1751. NEW YORK *v.* CONYERS. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Jenkins* v. *Anderson,* 447 U. S. 231 (1980).

No. 79–1789. COTTON WAREHOUSE ASSN. ET AL. *v.* MARSHALL, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Industrial Union Dept.* v. *American Petroleum Institute,* 448 U. S. 607 (1980).